UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/HS
November 6, 2025
10:00 AM

————————————————————x

IN RE:

Case No. 25-11985-PB

MICHELINE DUCENA,

Hon. PHILIP BENTLEY

**NOTICE OF MOTION FOR
DISMISSAL WITH PREJUDICE**

Debtor.

————————————————————x

   PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Philip Bentley, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 6th day of November, 2025 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case with prejudice and for such other and further relief as may seem just and proper.

   **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

   Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
   September 22, 2025

        /s/ *Thomas C. Frost*
        THOMAS C. FROST, CHAPTER 13 TRUSTEE
        399 KNOLLWOOD ROAD, STE 102
        WHITE PLAINS, NY 10603
        (914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/HS
November 6, 2025
10:00 AM

—————————————————————————x

IN RE:

Case No: 25-11985-PB

MICHELINE DUCENA,

Hon. PHILIP BENTLEY

**APPLICATION**

Debtor.

—————————————————————————x

TO THE HONORABLE PHILIP BENTLEY, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 11, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. This is the Debtor's second bankruptcy case.  The Debtor's first case 25-11625  ("First Case") filed in the SDNY on July 24, 2025 was still open at the time this case was filed and is still open pending an automatic dismissal order and administrative closure of the matter.

3. The Second Circuit has held that a case is subject to dismissal under 11 U.S.C. §1307(c) if the Debtor has an open bankruptcy case already pending at the time of the filing of the current petition. *See, Turner v. Citizens Nat'l Bank* (*In re Turner*), 207 B.R. 373 (B.A.P. 2d Cir. Mar. 4, 1997).

4. Here, because the Debtor's First Case still open at the time of filing, this herein case should be dismissed.  *See also, In re Heywood*, 39 B.R. 910, 911 (Bankr. W.D.N.Y. 1984) (citing *Freshman v. Atkins*, 269 U.S. 121 (1925) (noting that the majority view is that there is a strict prohibition against having two cases open simultaneously as a debtor possesses only one estate for the purpose of trusteeship and each bankruptcy must be administered as a single estate under a single chapter of the Bankruptcy Code.)

5. In the First Case, the Debtor failed to file the required documents pursuant to 11 U.S.C. §521(a)(1) and the case was automatically dismissed at the hearing held on September 11, 2025 and the current case was filed the same day.

6. In light of the Debtor's bad faith filings in violation of 11 U.S.C. § 1325(a)(3), and abuse of the system, the Trustee respectfully requests the Court dismiss this case for cause under Section 1307(c), with prejudice, and in accordance with the Court's inherent powers under Section 105(a), such that the Debtor is barred from filing any new bankruptcy petitions for a period of one (1) year, or whichever time period the Court deems sufficient to discourage an abuse of the Bankruptcy Code.  The instant filing follows a similar abusive pattern of filings without the Debtor satisfying the most basic of requirements necessary to proceed with a successful Chapter 13 case as explained more fully herein.

7. In the current matter, as with the First Case, the Debtor is not eligible to be a debtor because she has not received credit counseling during the 180-day period preceding the date of filing of the petition as required by 11 U.S.C. §109(h) and had failed to file a Credit Counseling Certificate as required by 11 U.S.C. §521(b)(1) evidencing said course was completed.

8. Similar to the First Case, the Debtor has also failed to file a Chapter 13 Plan the approved SDNY model plan form, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b).

9. Further, the Debtor has yet to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

   a. official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v);

   b. complete schedules of assets and liabilities pursuant to 11 U.S.C. §521(a)(1)(B)(i);

   c. schedules I and J pursuant to 11 U.S.C. §521(a)(1)(B)(ii);

   d. statement of Financial Affairs pursuant to 11 U.S.C. §521(a)(1)(B)(iii); and

   e. copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

10. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

11. The foregoing constitutes cause to dismiss this Chapter 13 case, with prejudice, within the meaning of 11 U.S.C. §1307(c) as a result of the Debtor's failure to comply with the most basic requirements necessary to proceed with a successful Chapter 13 case in her prior filing, as well as, her lack of any significant actions in this case to move towards confirmation of a Plan, especially given that the Debtor is ineligible to a be a Chapter 13 debtors pursuant to Section 109(h).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case with prejudice and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
        September 22, 2025

                                        /s/ *Thomas C. Frost*
                                        Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x          Case No: 25-11985-PB

IN RE:

  MICHELINE DUCENA,

                                                    **CERTIFICATE OF SERVICE**
                                                          **BY MAIL**

                         Debtor.
-------------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

MICHELINE DUCENA
2909 CAMBRIDGE LN
HOLLYWOOD, FL 33026

MICHAEL L. CAREY,ESQ.
RAS LAW, PLLC
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON, FL 11530

This September 22, 2025

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 25-11985-PB
Hon. PHILIP BENTLEY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
IN RE:

MICHELINE DUCENA,

          Debtor.

_____

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

_____

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**

_____